```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    ROSALIND WANG (Cal. State Bar No. 218626)
 4  Assistant United States Attorney
    OCDETF Section
 5       1400 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone:  (213) 894-8452
 7       Facsimile:  (213) 894-0142
         E-mail:   rosalind.wang@usdoj.gov
 8
    Attorneys for Plaintiff
 9  United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No. 07-01215(A)-SJO |
|---|---|---|
| Plaintiff, | ) | O R D E R |
| v. | ) | |
| KENYAN TERRANCE PAYNE, SR., RALPH E. SIMMS, et al. | ) | |
| Defendants. | ) | |

On motion of the United States Attorney for the Central District of California, and it appearing to the satisfaction of the court:

1.  That Stephen Peoples has been subpoenaed as a witness to testify before the Court in this matter on November 18, 2008; and

2.  That Stephen Peoples has refused or will refuse to testify or provide other information on the basis of his privilege against self-incrimination; and

3.  That in the judgment of the said United States Attorney, the testimony or other information from said Stephen Peoples may be necessary to the public interest; and

4.  That the aforesaid motion filed herein has been made with the approval of the Deputy Assistant Attorney General in charge of the Criminal Division of the Department of Justice, pursuant to the authority vested in him by 18 U.S.C. § 6003, and 28 C.F.R. § 0.175(a).

NOW, THEREFORE, IT IS ORDERED pursuant to 18 U.S.C. § 6002 that Stephen Peoples give testimony or provide other information which he refuses to give or to provide on the basis of his privilege against self-incrimination as to all matters about which he may be interrogated in the course of these proceedings.

IT IS FURTHER ORDERED that no testimony or other information compelled under this order, or any information directly or indirectly derived from such testimony or information, shall be used against Stephen Peoples in any criminal case, except that he shall not be exempted by this order from prosecution for perjury, giving a false statement, or otherwise failing to comply with this order.

DATED:     This ___19th___ day of November 2008

/S/ S. James Otero

HONORABLE S. JAMES OTERO
United States District Judge

Presented by:

_____
ROSALIND WANG
Assistant United States Attorney